UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel* William M. Witzel,<br><br>**Plaintiff,**<br><br>v.<br><br>Hostmann-Steinberg, Inc., a Delaware Corporation, and Micro Inks, Ltd.,<br><br>**Defendants.** | Civil Action No. 3:14-cv-84-GCM |

## **ORDER**

This matter is before the court on the government's motion to partially unseal this case.

By order entered August 18, 2015 (Doc. # 18) in this case, the Court ordered this matter to remain under seal until such time as the seal was lifted in a related case, *United States of America ex rel. John A. Dickson, III v. Hostmann-Steinberg, Inc.*, et al., 3:14-CV-559 (WDNC). By separate motion filed in that case, the United States has moved to unseal the relevant portions of the *Dickson* case and therefore the same relevant portions of the current case should also be unsealed.

Accordingly, it is hereby ordered that the relator's Complaint, the government's motion to unseal, and this Order be unsealed effective July 26, 2016. All other papers on file in this action remain under seal.

Signed: July 27, 2016

Graham C. Mullen
United States District Judge